Certificate Number: 17082-MIE-DE-028633169

Bankruptcy Case Number: 16-56353


17082-MIE-DE-028633169

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 17, 2017</u>, at <u>9:30</u> o'clock <u>PM MST</u>, <u>SHELLIE M ROGERS</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Michigan</u>.

Date:   <u>January 17, 2017</u>        By:    <u>/s/Orsolya K Lazar</u>

                                               Name:  <u>Orsolya K Lazar</u>

                                               Title:    <u>Executive Director</u>